3/17/11
# 1109 1511
$1254.18
KJ

# Thomas J. Gaffney

Attorney & Counselor at Law
80 West Huron
Buffalo, New York 14202-2408
(716) 852-1102

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

Re:     RICHARD AMMERMAN        /Case # 05-10299CLB
Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

     X     I have made a diligent effort to locate the claimant(s) for said funds and sent the check which remains uncashed.

            The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant   Sears            Amount $   1254.18   Claim Register #   8

THOMAS J. GAFFNEY
Trustee

FILED
MAR 17 2011
BANKRUPTCY COURT
BUFFALO, N.Y.