# Thomas J. Gaffney

Attorney & Counselor at Law
80 West Huron
Buffalo, New York 14202-2408
(716) 852-1102

\# 11091510 3/17/11
\* 178.03
KJ

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

    Re:    RICHARD AMMERMAN    /Case # 05-10299CLB
            Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

        X    I have made a diligent effort to locate the claimant(s) for said funds and sent the check which remains uncashed.

        ___    The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

    Claimant  Sears    Amount $  178.03  Claim Register #  8I

                                        THOMAS J. GAFFNEY
                                        Trustee

FILED MAR 17 2011
BANKRUPTCY COURT
BUFFALO, N.Y.